Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KARA SUNEVA ALLEN,<br><br>　　　　　　　　Defendant. | NO.  CR22-078 RAJ<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO CONTINUE<br>PRETRIAL MOTIONS DEADLINE |

THIS MATTER having come before the Court upon the unopposed motion of the Defendant, by and through her attorney, SEAN D. MCKEE to continue the pretrial motions deadline in this matter from June 30, 2022 to July 15, 2022, and the Court finding good cause,

It is hereby ORDERED that the Motion (Dkt. 11) is GRANTED.  The pretrial motions deadline is extended to July 15, 2022.

DATED this 14th day of June, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1

DENOMINATOR LAW PLLC
114 MAGNOLIA STREET #202
BELLINGHAM, WA 98225
(p.) 360-734-0581 (f.) 360-734-1850