The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARA SUNEVA ALLEN (a/k/a KARA SUNEVA MITCHELL),<br><br>Defendant. | NO. 2:22-cr-00078-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

The COURT, having considered the defendant's unopposed motion to continue the trial and the United States' supplemental response, including the facts and circumstances described in those filings, which are hereby incorporated as findings of fact, finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

*United States v. Allen* / 2:22-cr-00078-RAJ - 1
ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(b)     a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c)     the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d)     the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

(e)     the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(f)     the additional time requested between the current trial date of August 15, 2022 and the new trial date is necessary to provide counsel for the defendant reasonable time to prepare for potential pretrial motions and the trial, considering all of the facts set forth above; and

(g)     the period of delay from the date of this Order to the new trial date of January 17, 2023, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

//
//
//
//
//

*United States v. Allen* / 2:22-cr-00078-RAJ - 1
ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     IT IS THEREFORE ORDERED that, for the reasons stated herein, in the unopposed defense motion, and the United States' supplemental response, the trial date shall be continued from August 15, 2022 to January 17, 2023. All pretrial motions, including motions in limine, shall be filed no later than December 1, 2022.

    DATED this 25th day of July, 2022.

*[signature]*

HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

*United States v. Allen* / 2:22-cr-00078-RAJ - 1
ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970