The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-078-RAJ |
| Plaintiff, | |
| v. | **NOTICE REGARDING FORFEITURE** |
| KARA SUNEVA ALLEN, a/k/a KARA SUNEVA MITCHELL, | |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby gives notice it will not be judicially forfeiting the following property that Defendant Kara Allen agreed to forfeit pursuant to her plea agreement. Dkt. No. 23 ¶ 13. Homeland Security Investigations (HSI) reports it purchased the following property with government buy money. For that reason, it is unnecessary to forfeit them.

- Counterfeit Louis Vuitton items, including a dust bag, handbag, coin purse, and authentication paperwork, that Defendant trafficked on or about December 9, 2021, by selling them on the www.keepinupwithkara.com website.

Therefore, the United States will not be pursuing any additional process to judicially forfeit the above-identified property in this proceeding.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 3rd day of November, 2022.

2

3                          Respectfully submitted,

4                          NICHOLAS W. BROWN
                           United States Attorney
5

6                          *s/Karyn S. Johnson*
7                          KARYN S. JOHNSON
                           Assistant United States Attorney
8                          United States Attorney's Office
                           700 Stewart Street, Suite 5220
9                          Seattle, WA 98101
                           Phone: 206-553-2462
10                         Fax: 206-553-6934
                           Email: Karyn.S.Johnson@usdoj.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

<u>*s/Hannah G. Williams*</u>
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Notice Regarding Forfeiture - 3
*United States v. Allen,* CR22-078-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970